JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

Adam A. Reeves (NYSBN 2363877)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:  (415) 436-7234
   E-mail:  Adam.Reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0103 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY OF FINANCIAL ACCOUNT AND IDENTITY INFORMATION |
| v. ) | |
| SAM BOWLEY, ) | |
| Defendant. ) | |

     Defendant Sam Bowley ("defendant") is charged with bank fraud, in violation of 18 U.S.C. Section 1344.

     The United States will produce to counsel for the defendant discovery consisting of business records, financial institution records, law enforcement reports, and other records and documents.  Included within this discovery is bank account information (including account numbers) and personal identity information (including, for example, names, dates of birth, social security numbers, and driver's license numbers).  Because of the substantial amount of financial account and personal identity information to be produced in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties stipulate, and the hereby Court orders, that disclosure of these materials shall be subject to the following restrictions:

STIPULATION AND [PROPOSED] PROTECTIVE ORDER [CR 10-0103 WHA]

1.    Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by the United States to counsel for the defendant shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of counsel's law office.  Defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2.    The following individuals may examine the discovery for the purpose of preparing the defense:

    (a)    Counsel for the defendant, and any other attorneys, paralegals, or investigators retained by counsel in connection with this case;

    (b)    The defendant, but only in the presence of defendant's counsel or defense investigator; and

    (c)    Any outside expert retained by the defense to analyze the discovery in this matter.

3.    A copy of this Order shall be maintained with the discovery at all times.

4.    No other person may be allowed to examine the discovery without further court order.  Notwithstanding the foregoing, nothing in this Order restricts the parties from reviewing any and all discovery with any witness or potential witness so long as the discovery has been redacted to omit the information to be protected by this Order including financial account information, dates of birth, social security information and driver's license numbers.

5.    All pleadings will comply with Federal Rule of Criminal Procedure 49.1 regarding redaction of certain identifying information.

6.    Within thirty (30) calendar days of the judgment and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States.  If an appeal is noticed and defense counsel continue to represent the defendant on appeal, defense counsel may continue to retain possession of the materials according to the terms of this Order until the conclusion of the matter on direct appeal.  Should the case be reversed on direct appeal and remanded to the district court, defense

STIPULATION AND [PROPOSED] PROTECTIVE ORDER [CR 10-0103 WHA]

1  counsel may continue to retain possession of the materials according to the terms of this Order,
2  until the conclusion of this case before the district court or through direct appeal.  In the
3  alternative, defense counsel may certify in writing that all discovery covered by this Order has
4  been destroyed instead of returning the documents to the government.
5         7.     Nothing in this Order shall preclude either party from seeking relief from this
6  Order, as appropriate. The parties shall meet and confer with respect to any changes or
7  modifications to this Order prior to seeking such relief from the Court.
8  IT IS SO STIPULATED.
9  DATED:  May 3, 2010                JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       /s/
                                       _____
                                       Adam A. Reeves
                                       Assistant United States Attorney

14 DATED:  May 3, 2010
                                       /s/
                                       _____
                                       Ethan A. Balogh, Esq.
                                       Coleman & Balogh, LLP
                                       Counsel for Sam Bowley

18 **IT IS SO ORDERED**.
19 DATED: ___May 4_____, 2010
                                       _____
                                       Hon. William H. Alsup
                                       United States District Judge



STIPULATION AND [PROPOSED] PROTECTIVE ORDER [CR 10-0103 WHA]