1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   ADAM A. REEVES (NYSBN 2363877)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Facsimile:  (415) 436-7234
        E-mail:  Adam.Reeves@usdoj.gov
8
    Attorneys for Plaintiff
9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR 10-0103 WHA
                                     )
13          Plaintiff,               )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME
14      v.                           )   PURSUANT TO 18 U.S.C. § 3161
                                     )
15  SAM BOWLEY,                      )
                                     )
16                                   )
            Defendant.               )
17  _____)

18          WHEREAS, the Court conducted a hearing on May 4, 2010;

19          WHEREAS, the government produced approximately 1,135 documents; 160 emails; and

20  two CDs with approximately five recorded telephone conversations to counsel for the defendant;

21  portions of the recorded conversations are in Tagalog but the government has provided draft

22  translations or draft summaries of the conversations in English; defendant's counsel believes that

23  additional time is necessary to review the evidence and investigate the case, and believes it is in

24  the best interests of the defendant to do so as soon as possible;

25          WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable

26  time necessary for effective preparation, taking into account the exercise of due diligence, and

27

28  STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
    *United States v. Bowley*, Case No. CR 10-0103 WHA

1   under the circumstances the ends of justice served by a reasonable continuance outweigh the best

2   interest of the public and the defendant in a speedy trial;

3          WHEREAS, the defendant consents to a continuation of this case for the above reasons

4   and consents to the exclusion of time from May 4, 2010 until June 22, 2010;

5          THEREFORE, it is hereby stipulated by and between the parties, through their respective

6   counsel of record, that the period of time from May 4, 2010 until June 22, 2010, shall be

7   excluded in computing the time within which the trial of the offense alleged in the Indictment

8   must commence under Title 18, United States Code, Section 3161.

9          IT IS SO STIPULATED.

10  DATED:   May 5, 2010                      JOSEPH P. RUSSONIELLO
                                         United States Attorney

11

12                                       /s/

13                                     _____

14                        Adam A. Reeves
                          Assistant United States Attorney

15  DATED:   May 5, 2010

16                                       /s/
                          _____

17                        Ethan A. Balogh, Esq.
                          Coleman & Balogh, LLP

18                        Counsel for Sam Bowley

19

20

21

22

23

24

25

26

27

28  STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161,
    *United States v. Bowley*, Case No. CR 10-0103 WHA

The Court finds that the ends of justice served by granting a continuance from May 4, 2010 until June 22, 2010 outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time from May 4, 2010 through and including June 22, 2010 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: ___May 6_____, 2010



STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161, *United States v. Bowley*, Case No. CR 10-0103 WHA

3