1  COLEMAN & BALOGH LLP
   ETHAN A. BALOGH, No. 172224
2  JAY A. NELSON, No. 258431
   225 Bush Street, Suite 1600
3  San Francisco, CA 94104
   Direct: 415.439.8347
4  Facsimile: 415.373.3901
   eab@colemanbalogh.com
5  jay@colemanbalogh.com

6  Attorneys for Defendant
   SAM BOWLEY
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA, | Case No. 10-103 WHA
13 |     Plaintiff,            |
                               | [~~PROPOSED~~] ORDER AMENDING
14 |                           | CONDITIONS OF PRETRIAL RELEASE
   |     v.                    |
15 |                           |
16 |                           |
   | SAM BOWLEY,               |
17 |                           | Before the Honorable Bernard Zimmerman
   |     Defendant.            | United States Magistrate Judge
18

1  Before the Court is Defendant Sam Bowley's Unopposed Ex Parte Application to amend
2 the conditions of his pretrial release to permit him to travel generally within the territorial
3 boundaries of the Eastern District of California. Counsel for Mr. Bowley reports that Mr.
4 Bowley's Pretrial Services Officer, Tim Elder, and Assistant United States Attorney Adam A.
5 Reeves consent to the requested modification. After reviewing the Application and the
6 Declaration of Counsel in support thereof, and for good cause shown, the Court hereby modifies
7 the terms of Mr. Bowley's pretrial release as follows:

8  The travel restrictions set forth in the conditions of Defendant Sam Bowley's pretrial
9 release are HEREBY MODIFIED to permit Mr. Bowley to travel generally within the Eastern
10 District of California. All of the remaining conditions of Mr. Bowley's pretrial release remain in
11 full effect.

12  IT IS SO ORDERED.

14 Dated: 7 May 2010

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE