1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10     NORTHERN DISTRICT OF CALIFORNIA
11     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              Case No.  10-103 WHA

13          Plaintiff,

14                                         [PROPOSED] ORDER CONTINUING
                                           SENTENCING DATE
15          v.

16
    SAM BOWLEY,
17                                         Before the Honorable William Alsup
            Defendant.                     United States District Judge
18

19
20
21
22
23
24
25
26
27
28

Before the Court is Defendant Sam Bowley's Unopposed Ex Parte Application to continue his sentencing date. After reviewing the Application and the Declaration of Counsel in support thereof, and for good cause shown, the Court hereby ORDERS that the sentencing hearing currently scheduled for October 19, 2010 at 2:00 p.m. shall be VACATED. The Court further ORDERS that the hearing be rescheduled for November 2, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE