1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Criminal Chief
4  ADAM A. REEVES (NYBN 2363877)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7157
7       Facsimile: (415) 436-7234
        Email: adam.reeves@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 10-0103 (WHA)
                                     )
15        Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING
16        v.                         )    SENTENCING HEARING
                                     )
17  SAM BOWLEY,                      )
                                     )
18        Defendant.                 )
                                     )
19                                   )
                                     )
20

21       WHEREAS, the sentencing hearing is this case is currently scheduled for

22  November 2, 2010 at 2:00 p.m.;

23       WHEREAS, after the schedule had been set, circumstances arose in which counsel

24  for the government needed to travel to Europe for work from October 25, 2010 until

25  November 3, 2010;

26       WHEREAS, counsel for the defendant has consented to a two day adjournment to

27

28  STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING,
    *United States v. Bowley*, Case No. CR 10-0103 WHA

1  November 4, 2010 at 2:00 p.m.
2       THEREFORE, counsel for the government requests that the Court please adjourn
3  the sentencing hearing in this case for two days until November 4, 2010 at 2:00 p.m. and
4  counsel for the defendant consents to this request.
5       IT IS SO STIPULATED.
6  DATED:  October 25, 2010          MELINDA HAAG
                                              United States Attorney

8                                             /s/
                                              _____
                                              Adam A. Reeves
10                                            Assistant United States Attorney

12      The Court finds good cause to continue the sentencing hearing in this case two days
13 until November 4, 2010 at 2:00 p.m.
14      **IT IS SO ORDERED**.

16 DATED:  October 26, 2010          _____
17                                            Hon. William H. Alsup
                                              United States District Judge

28 STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING,
   *United States v. Bowley*, Case No. CR 10-0103 WHA